The People of the State of New York, Respondent, v Edward Jackson, Appellant.

Submitted July 24, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Steven Banks, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Appellant, v Ganesh Kisoon, Also Known as Ganesh Kisson, Respondent.

Submitted July 17, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.